# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:13-CV-00175 |
| | ) | |
| 7589 IRONWOOD | ) | |
| BROWNSVILLE, TX   78526 | ) | |
| Defendant | ) | |

## ORDER TO DISMISS CIVIL FORFEITURE ACTION

On this day came on to be considered the Motion to Dismiss the instant Civil Forfeiture Action filed by the Petitioner United States of America.   The Court, having considered the merits of the Motion, is of the opinion that said motion is meritorious, and should be in all things GRANTED.   IT IS THEREFORE

ORDERED that the instant civil forfeiture action be, and hereby is, DISMISSED;

It is FURTHER ORDERED that the government and Claimant pay their own costs, attorney's fees, and all other expenses of whatever kind arising out of or resulting from the seizure of the subject property or from the institution, prosecution, or resolution of this case, except as otherwise provided herein.   It is FURTHER ORDERED that the United States, by and through its designated agencies, including the Department of Homeland Security, shall file a removal of lis pendens as to the real property located at 7589 Ironwood, Brownsville, Texas 78526 in the Cameron County, Texas real property records.

IT IS SO ORDERED.

SIGNED this _____ day of _____9 | 30 | 14_____, 2014.

NELVA GONZALEZ RAMOS
United States District Judge