UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00175 |
| | § | |
| 7589 IRONWOOD, BROWNSVILLE, TEXAS 78526, *et al*, | § § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Order to Dismiss Civil Forfeiture Action (D.E. 25), the Court enters Final Judgment dismissing this action.

ORDERED this 8th day of October, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE